UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY DEAN WEATHERMAN,<br><br>      Petitioner,<br><br> v.<br><br>SCOTT SPEER,<br><br>      Respondent. | Case No. C24-6037-TMC-MLP<br><br>ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* |

Petitioner's application to proceed with this federal habeas action *in forma pauperis* (Dkt. 5) is GRANTED. The Clerk is directed to file Petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Petitioner.

DATED this 3rd day of February, 2025.

                  *S. Kate Vaughan*
                  S. KATE VAUGHAN
                  United States Magistrate Judge