UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY DEAN WEATHERMAN,

          Petitioner,

v.

SCOTT SPEER,

          Respondent.

Case No. C24-6037-TMC

ORDER DISMISSING ACTION

The Court, having reviewed Petitioner's petition for writ of habeas corpus, the Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Petitioner's petition for writ of habeas corpus (Dkt. 7) and this action are DISMISSED pursuant to 28 U.S.C. § 2244(a), as the petition constitutes an unauthorized second or successive petition and this Court therefore lacks jurisdiction to consider it.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

ORDER DISMISSING ACTION
PAGE - 1

(4) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable S. Kate Vaughan.

DATED this 28th day of April, 2025.

_____
Tiffany M. Cartwright
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2

## United States District Court
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY DEAN WEATHERMAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT SPEER,<br><br>　　　　　Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C24-6037-TMC |

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　　The Report and Recommendation is approved and adopted. Petitioner's petition for writ of habeas corpus and this action are dismissed pursuant to 28 U.S.C. § 2244(a), as the petition constitutes an unauthorized second or successive petition and this Court therefore lacks jurisdiction to consider it.


　　　Dated this 28th day of April, 2025.



　　　　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN　　　　
　　　　　　　　　　　　　　　　　　　　　Clerk


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk